**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER FOR APPOINTMENT** |
| Plaintiff, | ) | **OF COUNSEL (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:10-mj-029 |
| Norman Standish, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has applied for court-appointed counsel in this matter. The Court has inquired and is satisfied that Defendant is qualified for representation under 18 U.S.C. § 3006A.

Accordingly, the Federal Public Defender for the District of North Dakota is appointed to represent the Defendant in this matter. The Defender's office is directed to file a Notice of Appearance designating the specific Assistant Federal Public Defender who will appear as counsel of record in the case.

**IT IS SO ORDERED.**

Dated this 19th day of April, 2010.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge